1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                         SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,           )   Case No. CR 07-0093 MAG
                                       )
11         Plaintiff,                  )
                                       )
12      v.                             )   [~~PROPOSED~~] ORDER FOR SUMMONS
                                       )
13 MITCHELL E. SMITH,                  )
                                       )
14         Defendant.                  )
   _____)

15

16     Having reviewed the Declaration of Jenny J. Yu, the Court finds that probable cause exists to

17 believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3),

18 the Clerk of Court is directed to issue a summons directing the defendant, Mitchell E. Smith, 55

19 Dakota Street, San Francisco, CA 94017, to appear on April 4, 2007 at 9:30 a.m. before

20 Magistrate Judge, the Honorable Edward M. Chen to answer the Information that has been filed

21 by the United States Attorney.

22

23     IT IS SO ORDERED.

24     Dated: __3/13/7_____            _____
25                                          THE HONORABLE
                                            United States Magistrate Judge
                                            Judge Joseph C. Spero
26
27
28

ORDER FOR SUMMONS
Case No. CR 07-0093 MAG