1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California  94102
        Telephone:  (415) 436-6809
7       Fax:  (415) 436-7234
        Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )    CR No.: 07-0093 MAG
14                                   )
                                     )
15          Plaintiff,                )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME
16          v.                        )
                                     )
17 MITCHELL E. SMITH,                )
                                     )
18                                   )
            Defendant.                )
19 _____ )

20       On June 6, 2008, the parties in this case appeared before the Honorable Joseph C. Spero for

21 an initial appearance and arraignment for the above referenced defendant.  At that time, the

22 parties stipulated that time should be excluded from the Speedy Trial Act calculation from June

23 6, 2008 to June 27, 2008, for effective preparation of defense counsel.  The parties represented

24 that granting the exclusion was reasonable given the time necessary for effective preparation of

25 defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. §

26 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
CR. 08 0093 MAG

1  continuance outweighed the best interests of the public and the defendant in a speedy trial. See
2  18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

5                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney

7  DATED:   6/27/08                          _____/s/_____
                                                           WENDY THOMAS
8                                                          Special Assistant United States Attorney

9  DATED:   6/27/08                          _____/s/_____
10                                                         ALAN A. DRESSLER
                                                           Attorney for Mr. Smith

12      As the Court found on June 6, 2008, and for the reasons stated above, the Court finds that an
13 exclusion of time between June 6, 2008, and June 27, 2008, is warranted and that the ends of
14 justice served by the continuance outweigh the best interests of the public and the defendant in a
15 speedy trial. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance
16 would deny deny defense counsel the reasonable time necessary for effective preparation, taking
17 into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(B)(iv).

19 SO ORDERED.

20 DATED:  July 24, 2008
21                                                    _____/s/_____
                                                      JOSEPH C. SPERO
22                                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR. 08 0093 MAG